January 7, 1980, withdrawn, without costs. No opinion. Concur — Kupferman, J.P., Birns, Sullivan, Markewich and Silverman, JJ.

■ BROWN, HARRIS, STEVENS, INC., Respondent, v BANKERS TRUST COMPANY, Appellant. BANKERS TRUST COMPANY, Defendant and Interpleading Plaintiff, v KENNETH D. LAUB & COMPANY, INC., Interpleaded Defendant. BANKERS TRUST COMPANY, Third-Party Plaintiff-Cross-Respondent, v LOEB RHOADES, HORNBLOWER & Co. et al., Third-Party Defendants-Cross-Appellants. — Appeal by defendant-appellant from so much of the order of the Supreme Court, New York County, entered on October 8, 1980, as granted plaintiff's motion to sever the third-party complaint, withdrawn, without costs. No opinion. Concur — Kupferman, J.P., Birns, Sullivan, Markewich and Silverman, JJ.

■ LOUIS J. TSAVARIS, Respondent, v EMANUEL J. TSAVARIS et al., Appellants. — Order, Supreme Court, New York County, entered on October 1, 1980, unanimously affirmed for the reasons stated by L. Cohen, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur — Kupferman, J.P., Birns, Sullivan, Markewich and Silverman, JJ.

■ LOUIS J. TSAVARIS, Respondent, v EMANUEL J. TSAVARIS et al., Appellants. — Motion to extend stay denied, without costs.

■ HEMMERDINGER ESTATE CORPORATION, Respondent, v GIANT PAPER & FILM CORP., Appellant. — Judgment, Supreme Court, New York County, entered on June 4, 1980, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Application on the call of the calendar is denied. No opinion. Concur — Birns, J.P., Sullivan, Ross, Markewich and Silverman, JJ.

■ In the Matter of RICHARD DE CESARE, Admitted as RICHARD P. DE CESARE, an Attorney. — Hearings ordered, determination of petition held in abeyance, and respondent suspended pending receipt of the report of the Referee, all as indicated in the order of this court. Concur — Murphy, P.J., Fein, Ross, Bloom and Carro, JJ.

■ FRANCO COSTA, v FANTASIA DISTRIBUTING CORPORATION et al. — Motion, insofar as it seeks reargument, denied, and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of the Supreme Court, as affirmed by this court properly made?" Concur — Birns, J.P., Sullivan, Markewich and Fein, JJ.

# (March 10, 1981)

■ SIDNEY HALITZER, Individually and as Trustee for MICHAEL D. HALITZER and Another, et al., Respondents-Appellants, v ALBERT GINSBERG, Individually and Doing Business as ALGIN MANAGEMENT Co., Appellant-Respondent. — Order, Supreme Court, New York County, entered October 9, 1980, which, inter alia, granted plaintiff priority of examination, modified, on the law, to the extent of allowing full examination, except as to matters relating to the accounting, itself, and, as so modified, affirmed, without costs and disbursements. There is no statutorily mandated requirement that a plaintiff seeking to obtain priority in the taking of depositions pursuant to CPLR